UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,       )
           )
       Plaintiff,            )
           )
v.            )       No. 3:16-CR-20
           )
HEATHER JONES,            )       Judge Collier
           )
       Defendant.            )

## **O R D E R**

On February 8, 2017, Defendant Heather Jones filed a motion to suppress oral statements she had made to law enforcement agents on April 15, 2013. (Doc. 134.) The Government responded in opposition. (Doc. 144.) Magistrate Judge Bruce Guyton held a hearing on the motion on March 24, 2017 and issued a report and recommendation ("R&R") pursuant to 28 U.S.C. § 636(b)(1)(B) recommending the motion be denied. (Doc. 180.) The Magistrate Judge reasoned that Defendant Jones was not in custody when she gave her statements, and warnings under *Miranda v. Arizona*, 384 U.S. 436 (1966), were therefore not required. (*Id.*) Neither party has objected to the R&R within fourteen days. *See* Fed. R. Crim. P. 59(b)(2).

The Court **ACCEPTS** and **ADOPTS** the R&R (Doc. 180) insofar as it relates to Defendant Jones.[1] Defendant's motion to suppress (Doc. 134) is hereby **DENIED**.

      **SO ORDERED.**

      **ENTER:**

                               **/s/**
                               **CURTIS L. COLLIER**
                               **UNITED STATES DISTRICT JUDGE**

---

[1] The R&R also recommends denial of a motion to suppress filed by Defendant Scott Wombold (Doc. 132). The Court will address the remainder of the R&R by separate order.