UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:16-CR-20 |
| ) | |
| MARK HAZELWOOD ) | Judge Collier |
| SCOTT WOMBOLD ) | |
| HEATHER JONES ) | |

# SCHEDULING ORDER

This matter came before the Court on the parties' submissions regarding a proposed trial date and associated deadlines under the Federal Rules of Criminal Procedure. (Docs. 1001–03.) The schedule in this matter is **SET** as follows:

1. *Disclosures:*

    a. *Rule 16 Disclosures:* Any disclosures under Rule 16 not previously made shall be made on or before **June 2, 2021**.

    b. *Expert Disclosures:* All expert disclosures under Rule 16(a)(1)(G) or (b)(1)(C) shall be made on or before **September 17, 2021**. Rebuttal expert disclosures shall be made on or before **October 15, 2021**.

    c. *Trial Disclosures:* On or before **October 5, 2021**, the United States (the "Government") shall produce and/or identify: all case-in-chief trial exhibits not previously identified; all evidence the Government intends to introduce at trial under Rule 404(b) of the Federal Rules of Evidence; all evidence of other acts of fraud or evidence which may be considered inextricably intertwined with the charged conspiracy not previously identified; and any Jencks Act material and agency interview memoranda of Government case-in-chief witnesses not previously produced. On or before **November 2, 2021**, Defendants shall produce and/or identify all case-in-chief trial exhibits.

    d. *Exhibit Lists:* The parties shall file their exhibit lists on or before **January 10, 2022**.

2. *Motions:*

   a. *Motions for Change of Venue or Recusal:* All motions for change of venue or recusal shall be filed on or before **May 14, 2021**. Responses shall be filed on or before **June 7, 2021**. Replies shall be filed on or before **June 14, 2021**.

   b. *Pretrial Motions Under Fed. R. Crim. P. 12(b)(3):* All motions under Fed. R. Crim. P. 12(b)(3) shall be filed on or before **June 30, 2021**. Responses shall be filed on or before **July 30, 2021**. Replies shall be filed on or before **August 16, 2021**. If the Court determines a hearing is necessary, a hearing will be held on or about **September 20, 2021**.

   c. *Motions in Limine and Expert Motions:* All motions *in limine* and motions related to expert disclosures shall be filed on or before **November 9, 2021**. Responses shall be filed on or before **December 7, 2021**. Replies shall be filed on or before **December 15, 2021**.

3. *Jury Questionnaires:* On or before **June 22, 2021**, the parties shall submit a joint proposal to the Court regarding: (a) the date on which questionnaires should be sent to potential jurors, (b) the date on which responses from potential jurors should be required, and (c) the questions to include in the questionnaire. If the parties are unable to agree on any one or more of these matters, their separate positions and proposals may be stated within the joint filing.

4. *Plea Deadline:* The cut-off date for guilty pleas for purposes of USSG § 3E1.1(b) is **November 5, 2021**.

5. *Stipulations:* Requests for stipulations shall be made on or before **November 2, 2021**. All written stipulations shall be signed on or before **November 18, 2021**.

6. *Jury Instructions:* Special requests for jury instructions shall be filed pursuant to Local Rule 51.1 on or before **December 7, 2021**. The parties shall confer and submit joint proposed jury instructions to the extent possible. Before submitting proposed instructions to the Court, the parties must attempt to resolve any disagreements. Objections to requested jury instructions shall be filed on or before **December 20, 2021**.

   A copy of all requested jury instructions shall be sent as an electronic mail attachment to collier_chambers@tned.uscourts.gov in Microsoft Word or a compatible format. All proposed jury instructions must follow the form of the Sixth Circuit Criminal Pattern Jury Instructions and shall be supported by citations of authority pursuant to Local Rule 7.4.

7. *Final Pretrial Conference:* The final pretrial conference will be held on **Wednesday, January 12, 2022, at 4:00 p.m.**, in the Chattanooga Division of this District. To the

extent any motions in limine require argument, the Court will hear such argument during the final pretrial conference. The Court may reschedule the final pretrial conference to begin at an earlier time on January 12 if the Court determines more time for argument will be necessary.

8. ***Trial:*** The trial will begin on **Tuesday, February 1, 2022, at 9:00 a.m.**, in the Chattanooga Division of this District. If the case is not heard immediately, it will be held in line until the following day or any time during the week of the scheduled trial date. The parties anticipate the trial will take approximately thirty court days to complete. Trial will not, as a general rule, be held on Fridays.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**