UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>v.<br><br>MARK HAZELWOOD, SCOTT WOMBOLD, and HEATHER JONES,<br><br>                       Defendants. | **MOTION FOR CHANGE OF VENUE**<br><br>No. 3:16-CR-20<br>(Collier/Guyton) |

      Defendants Mark Hazelwood, Scott Wombold, and Heather Jones respectfully move this Court, before the Honorable Curtis L. Collier, for an Order directing a change in venue pursuant to Rule 21(a) of the Federal Rules of Criminal Procedure, from the Eastern District of Tennessee to Arkansas (either district), Missouri (either district), or the Western District of North Carolina.

      In support of this motion, the Defendants submit the following documents:

1. Memorandum in Support of Defendants' Motion for Change of Venue;
2. Declaration of David F. Ross, Ph.D; and supporting exhibits; and
3. Declaration of Bradley L. Henry and supporting exhibits.

Date: May 14, 2021

| | |
|---|---|
| */s/* Jim Walden<br>Jim Walden<br>Georgia Winston<br>WALDEN MACHT & HARAN LLP<br>250 Vesey Street, 27th Floor<br>New York, New York 10281<br>(212) 335-2030<br>jwalden@wmhlaw.com<br>gwinston@wmhlaw.com<br>***Attorneys for Defendant Mark Hazelwood*** | */s/* Bradley L. Henry<br>Bradley L. Henry (BPR # 025447)<br>MICHELMAN & ROBINSON LLP<br>800 3rd Avenue, 24th Floor<br>New York, NY 10016<br>(212) 730-7700 (T)<br>(212) 730-7725 (F)<br>bhenry@mrllp.com<br>***Attorneys for Defendant Mark Hazelwood*** |

*/s/* Robert M. Cary
Robert Cary
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5175
rcary@wc.com
***Attorneys for Defendant Mark Hazelwood***
(Pending admission *pro hac vice*)

*/s/* John E. Kelly
John E. Kelly (Admitted Pro Hac Vice)
David Esquivel (BPR # 021459)
Danielle Irvine (BPR # 035192)
Jacquelyn Papish (Admitted Pro Hac Vice)
Michael Tackeff (BPR # 036953)
BASS, BERRY & SIMS, PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Tel: (615) 742-6200
Fax: (615) 742-6293
jkelly@bassberry.com
***Attorneys for Defendant Scott Wombold***

*/s/* Benjamin J. Vernia
Benjamin J. Vernia
Andrew Murray 035423
The Vernia Law Firm
1455 Pennsylvania Avenue, N.W.
Suite 400
Washington D.C. 20005
(202) 349-4053 (telephone)
(866) 572-6728 (fax)
amurray@vernialaw.com
***Attorneys for Defendant Heather Jones***

*/s/* Cullen Wojcik
Cullen Wojcik
Whitt Cooper Hedrick & Wojcik
607 Market Street, Suite 1100
Knoxville, TN 37902
wojcik@knoxdefense.com
***Attorneys for Defendant Heather Jones***

2

# CERTIFICATE OF SERVICE

I hereby certify that this document was filed electronically on May 14, 2021. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By:   /s/ Bradley L. Henry
      Bradley L. Henry