| Date | Headline | URL | Source |
|---|---|---|---|
| 22-Feb-2019 11:33PM | Naughty Files | http://www.texarkanagazette.com/news/sports/pro/story/2019/feb/23/naughty-files/766988/ | Texarkana Gazette |