UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 3:16-CR-20 |
| | ) | |
| MARK HAZELWOOD, | ) | Judge Collier |
| SCOTT WOMBOLD, and | ) | |
| HEATHER JONES | ) | |

**UNITED STATES' UNOPPOSED MOTION TO SUSPEND DEADLINES PENDING THE COURT'S RESOLUTION OF THE MOTION SEEKING LEAVE TO DISMISS REMAINING COUNTS IN THE INDICTMENT [R. 1047]**

Comes now the United States of America, by and through Francis M. Hamilton III, Acting United States Attorney, and David P. Lewen, Jr., Perry H. Piper, and Brian P. Samuelson, Assistant United States Attorneys, and hereby moves this Honorable Court to suspend the remaining deadlines contained in the scheduling orders (R. 1004 and R. 1016). The undersigned have confirmed that counsel for Hazelwood, Wombold, and Jones do not oppose suspending all remaining deadlines pending the Court's resolution of the United States' Motion Seeking Leave to Dismiss the Remaining Counts in the Indictment (R. 1047).

Respectfully submitted, this the 27th day of July, 2021.

                                                  FRANCIS M. HAMILTON III
                                                ACTING UNITED STATES ATTORNEY

                                                By: *s/David P. Lewen, Jr.*
                                                David P. Lewen, Jr., AL Bar # 2658I68L
                                                David.Lewen@usdoj.gov
                                                Perry H. Piper, TN Bar # 013384
                                                Perry.Piper@usdoj.gov
                                                Brian P. Samuelson, AK Bar # 1403015
                                                Brian.Samuelson@usdoj.gov
                                                Assistant United States Attorneys
                                                800 Market Street, Suite 211
                                                Knoxville, Tennessee 37902
                                                (865) 545-4167